# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ASHLEY BARRETT | ) | Case No. |
| | ) | 18-MJ-5009-JGD |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 21, 2015 and June 10, 2015  in the county of  Barnstable  in the District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1341 | For the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, knowingly took and received from an authorized depository for mail, a check for $5,000 from W.W. (Count One), and a check for $4,000 from W.W. (Count Two). |

This criminal complaint is based on these facts:

See attached Affidavit of Postal Inspector Danielle Schrage

☑ Continued on the attached sheet.

*Complainant's signature*

Danielle Schrage, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/29/2018

*Judge's signature*

City and state: Boston, Massachusetts

Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*