JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. **II**  Investigating Agency **USPIS**

**City** Hyannis   **Related Case Information:**

**County** Barnstable   Superseding Ind./ Inf. _____  Case No. 18-MJ-5009-JGD
Same Defendant ____  New Defendant ____
Magistrate Judge Case Number
Search Warrant Case Number  16-5038, 17-5198, 17-5212, 17-5213-JGD
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: Ashley Barrett   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: (City & State) Hyannis, MA

Birth date (Yr only): 1992   SSN (last4#): 0071   Sex: F   Race: B   Nationality: US

**Defense Counsel if known:** William E. Gens   Address: 12 Ericsson St.

**Bar Number:** 556595   Boston, MA 02122

**U.S. Attorney Information:**

AUSA: Christine J. Wichers   Bar Number if applicable: 631857

Interpreter: ☐ Yes ☑ No   List language and/or dialect: ____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____  on ____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/29/2018   Signature of AUSA: *Christine* [signature]

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):    18-MJ-5009-JGD

**Name of Defendant**    Ashley Barrett

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1341 | Mail Fraud | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**