UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18- 10102 |
| | ) | |
| | ) | VIOLATIONS: |
| v. | ) | |
| | ) | **Counts One through Seven:** |
| | ) | 18 U.S.C. § 1341 |
| ASHLEY BARRETT, | ) | Mail Fraud |
| | ) | |
| Defendant. | ) | 18 U.S.C. § 981 & 28 U.S.C. § 2461 |
| | ) | Criminal Forfeiture Allegation |

## INDICTMENT

**COUNTS ONE THROUGH SEVEN: 18 U.S.C. § 1341**
**(Mail Fraud)**

The Grand Jury charges that:

1.  Between in or about September, 2012, and January, 2016, in the District of Massachusetts and elsewhere,

ASHLEY BARRETT,

defendant herein, and others known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises.

2.  It was a part of the scheme and artifice to defraud that BARRETT and others known and unknown to the Grand Jury falsely represented to victims across the United States that the victims had won millions of dollars by means of a lottery.

3.  It was further a part of the scheme and artifice to defraud that BARRETT and others known and unknown to the Grand Jury falsely represented to victims that the victims had to pay money before they could receive their alleged lottery winnings.

4. It was further a part of the scheme and artifice to defraud that BARRETT and others known and unknown to the Grand Jury directed the victims to make payments in specified amounts to specific addresses, including in Massachusetts.

5. In reliance on the false and fraudulent representations, victims made such payments when, in fact, the victims had not won the lottery and no lottery winnings were paid to the victims.

6. On or about the following dates, in the District of Massachusetts,

ASHLEY BARRETT,

defendant herein, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly took and received from an authorized depository for mail the following matters:

| Count | Date | Matter | Check amount |
|---|---|---|---|
| 1 | 05/21/15 | A check from Victim 1 made payable to BARRETT | $5,000.00 |
| 2 | 05/28/15 | A check from Victim 1 made payable to BARRETT | $3,500.00 |
| 3 | 06/10/15 | A check from Victim 1 made payable to BARRETT | $4,000.00 |
| 4 | 06/16/15 | A check from Victim 1 made payable to BARRETT | $3,000.00 |
| 5 | 06/18/15 | A check from Victim 1 made payable to BARRETT | $2,500.00 |
| 6 | 06/22/15 | A check from Victim 1 made payable to BARRETT | $3,100.00 |
| 7 | 07/02/15 | A check from Victim 1 made payable to BARRETT | $2,500.00 |

All in violation of Title 18, United States Code, Section 1341.

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

1. Upon conviction of any of the offenses in violation of 18 U.S.C. § 1341 set forth in Counts One through Seven of this Indictment,

ASHLEY BARRETT,

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense. The property to be forfeited includes, but is not limited to:

   a. a money judgment in the amount of $23,600.

2. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of this Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States intends to forfeit substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Christine J. Wichers
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; April 19, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
4/19/18 @ 1:45pm

4