UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   CRIMINAL NO. 18-10102-DJC<br>)<br>ASHLEY BARRETT )  | |

### DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant Ashley Barrett, by her counsel, respectfully moves to file her sentencing memorandum under seal together with her financial statement with supporting documents.

As grounds for this motion, undersigned counsel states that the sentencing memorandum contains personal and confidential information about defendant and others that should not appear on the court docket. If the Court permits this motion, undersigned will electronically file a redacted memorandum with the particularly sensitive information about defendant and others omitted.

Second, undersigned counsel was remiss in failing to submit financial information to the United States Probation Department by the date of the initial disclosure of the presentence report. Accordingly, he is submitting the information directly to the Court. The financial information is sensitive, with personal identifiers, and should not be on the public docket.

                                                            Respectfully submitted,
                                                            ASHLEY BARRETT
                                                            By her Attorney,

                                                           /s/ Charles P. McGinty
                                                           Charles P. McGinty
                                                           B.B.O. #333480
                                                           Federal Defender Office
                                                           51 Sleeper Street, 5th Floor
                                                           Boston, MA   02210
                                                           Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 8, 2019.

                                      */s/ Charles P. McGinty*
                                      Charles P. McGinty